| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)  White, Ronald A | 2. Court or Organization  USDC-EDOK | 3. Date of Report  05/02/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge - Active | 5. ReportType (check appropriate type)  ○ Nomination,    Date  ○ Initial    ● Annual    ○ Final | 6. Reporting Period  01/01/2004  to  12/31/2004 |
| 7. Chambers or Office Address  101 N. Fifth Street  P.O. Box 1009  Muskogee, OK 74402 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | American Inns of Court |
| 2. | Member | Oklahoma Bar Association |
| 3. | Member | Federal Judges' Association |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED MAY 9 10 19 AM '05 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | American Bar Association | Scottsdale, AZ, May 6-8, 2004, Seminar: Darth Vader v. Darrow, Technology at Trial. (room, rental car) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. CitiCards | credit card | J |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Williams Employees Credit Union - Account | A | Interest | | | Closed | | | | |
| 2. Bank of Oklahoma - Money Market Account #1 | A | Interest | L | T | | | | | |
| 3. Bank of Oklahoma - Account #2 | | | J | T | | | | | |
| 4. Spirit Bank - Account | A | Interest | | | Closed | | | | |
| 5. Idea Ranch, LLC - Note | A | Interest | J | T | | | | | |
| 6. T.D. Waterhouse - Money Market Account | A | Dividend | | | Closed | | | | |
| 7. PARAGON GVUL ACCOUNT | | | | | | | | | |
| 8. -Fidelity Index 500 - Pooled Equity Fund | A | Dividend | J | T | | | | | |
| 9. -MFS Emerging Growth - Pooled Equity Fund | A | Dividend | J | T | | | | | |
| 10. -Scudder International - Pooled Equity Fund | A | Dividend | J | T | | | | | |
| 11. -T. Rowe Price Balanced - Pooled Equity Fund | A | Dividend | J | T | | | | | |
| 12. ▮▮▮ Real Estate, Okmulgee County, OK, 7/24/94 $54,000.00 | | None | L | R | | | | | |
| 13. Northwestern Mutual Whole Life Policy - Cash Value | A | Dividend | J | T | | | | | |
| 14. CHARLES SCHWAB ACCOUNT | | | | | | | | | |
| 15. -Schwab Municipal Money Fund | A | Dividend | L | T | Buy | 01/09 | K | | See Note in Part VIII. |
| 16. -Arial Fund | A | Dividend | J | T | | | | | |
| 17. -Oakmark Intl. Fund | A | Dividend | J | T | | | | | |
| 18. -Schwab 1000 Fund | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A | 05/02/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. MERRILL LYNCH IRA #1 | A | Dividend | L | T | | | | | |
| 20. -Merrill Lynch Bank USA RASP | | | | | Buy | 01/04 | J | | See Note in Part VIII. |
| 21. -Acorn Fund | | | | | Buy | 12/04 | J | | |
| 22. -Energy Transfer Partners(publicly traded partnership units) | | | | | Buy | 8/04 | J | | |
| 23. MERRILL LYNCH IRA #2 | A | Dividend | L | T | | | | | |
| 24. -Merrill Lynch Bank USA RASP | | | | | Buy | 01/04 | J | | |
| 25. -Dillards common stock | | | | | Sold | 02/04 | J | A | |
| 26. -OG&E common stock | | | | | | | | | |
| 27. -Williams Cos. common stock | | | | | | | | | |
| 28. MERRILL LYNCH ACCOUNT | | | | | | | | | |
| 29. -Merrill Lynch Bank USA | A | Dividend | M | T | Buy | 6/04 | K | | |
| 30. -Payne County Bonds | B | Interest | K | T | | | | | |
| 31. -Okla. Pollution Control Bonds | A | Interest | | | Redemption | 6/04 | K | A | |
| 32. -Axelis common stock | | None | J | T | | | | | |
| 33. -Bearing Point common stock | | None | J | T | | | | | |
| 34. -BP Amoco common stock | A | Dividend | J | T | | | | | |
| 35. -Bank of Oklahoma common stock | | None | J | T | | | | | |
| 36. -GE common stock | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A | 05/02/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. -World Com / MCI common stock | | None | | | Sold | 4/04 | J | A | See Note in Part VIII. |
| 38. -Oneok common stock | A | Dividend | J | T | | | | | |
| 39. -PDI common stock | | None | J | T | | | | | |
| 40. -UPS common stock | A | Dividend | J | T | | | | | |
| 41. -Viacom common stock | A | Dividend | J | T | | | | | |
| 42. -World Com common stock | | None | | | Sold | 4/04 | J | A | See Note in Part VIII |
| 43. 401K/PROFIT SHARING SELF-DIRECTED ACCOUNT | | None | | | Closed | | | | See Note in Part VIII |
| 44. MERRILL LYNCH IRA #3 | C | Dividend | N | | | | | | See Note in Part VIII |
| 45. -AP Cash Mgmt. | | | | | Closed | | | | See Note in Part VIII |
| 46. -Merrill Lynch Ready. Assets | | | | | Buy | 1/04 | N | | See Note in Part VIII |
| 47. -Agere Sys Inc Cl A common stock | | | | | | | | | |
| 48. -Agere Sys Inc Cl B common stock | | | | | | | | | |
| 49. -Avaya Inc. Com common stock | | | | | | | | | |
| 50. -Hewlett Packard Company common stock | | | | | | | | | |
| 51. -Lancaster Colony Corp. common stock | | | | | | | | | |
| 52. -Lehman Bros Hldgs Inc. common stock | | | | | | | | | |
| 53. -Lucent Technologies Inc. common stock | | | | | | | | | |
| 54. -OG&E Energy Corp. common stock | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A | 05/02/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. -Vintage Pete Inc. common stock | | | | | | | | | |
| 56. -The Williams Companies, Inc. common stock | | | | | | | | | |
| 57. -WorldCom Inc. GA New Com common stock | | | | | Sold | 4/04 | J | A | See Note in Part VIII |
| 58. -WorldCom Inc. WorldCom Group MCI Group Com common stock | | | | | Sold | 4/04 | J | A | See Note in Part VIII |
| 59. -Morgan Stanley Global Advtge Cl B Pooled Equity Fund | | | | | Sold | 1/04 | J | A | |
| 60. -Magellan Midstream Partners | | | | | Buy | 8/04 | K | | |
| 61. -Alliance Resources | | | | | Buy | 8/04 | J | | |
| 62. -OG&E Ener Cap Tr Fixed Income Securities | | | | | | | | | |
| 63. STOCKS "R" US Stock Club (Aggregate Ownership Arrangement) | | | | | | | | | |
| 64. -Carnival Cruise common stock | | | | | Sold | 7/04 | J | A | |
| 65. -Citigroup common stock | | | | | Sold | 7/04 | J | A | |
| 66. -Illinois Tool common stock | | | | | Sold | 7/04 | J | A | |
| 67. -Lowes common stock | | | | | Sold | 7/04 | J | A | |
| 68. -Merck common stock | | | | | Sold | 7/04 | J | A | |
| 69. -Pepsico common stock | | | | | Sold | 7/04 | J | A | |
| 70. -Williams Cos. common stock | | | | | Sold | 7/04 | J | A | |
| 71. -Starbucks common stock | | | | | Sold | 7/04 | J | A | |
| 72. -Oracle | | | | | Sold | 7/04 | J | A | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A | 05/02/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. UBS #1 | A | Dividend | K | T | | | | | |
| 74. -UBS Bank USA Deposit Account | | | | | Buy | 8/04 | K | | |
| 75. -Matrix Service Co. Common Stock | | | | | Buy | 8/04 | J | | |
| 76. UBS #2 | A | Dividend | K | T | | | | | |
| 77. -UBS Bank USA Deposit Account | | | | | Buy | 7/04 | K | | |
| 78. BOK Acct. #3 | A | Interest | M | T | | | | | |
| 79. BOK Acct. #4 | A | Interest | M | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | White, Ronald A | 05/02/2005 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

PART VII. INVESTMENTS AND TRUSTS:

Line 15. This item was listed in previous reports as "Muni Money Fund Money Market." This year's report lists the specific name of the fund.

Lines 20, 24 and 29. This item was listed in previous reports as "Money Market." This year's report lists the specific name of the fund.

Lines 37, 42, 57, and 58. These assets are no longer reportable due to reduction in value, i.e., the companies are now bankrupt rendering the stock worthless.

Lines 43 and 44. 401K/PROFIT SHARING SELF-DIRECTED ACCOUNT (Line 43): All assets were rolled into the MERRILL LYNCH IRA #3 (Line 44). The 401K account is now closed.

Lines 45 and 46. AP Cash Mgmt. (Line 45) - This asset was rolled into Merrill Lynch Ready Assets (Line 46).

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | White, Ronald A | 05/02/2005 |

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature      Date  5/2/05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544





## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF OKLAHOMA
### MUSKOGEE, OKLAHOMA 74402-1009

Chambers of
**RONALD A. WHITE**
UNITED STATES DISTRICT COURT JUDGE

FINANCIAL DISCLOSURE OFFICE    2005 AUG 17    RECEIVED

P.O. Box 1009
Phone (918) 684-7965
Fax (918) 684-7966

August 10, 2005

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, DC 20544

Dear Sir or Madam:

     This letter is to serve as an Amendment to my Form AO-10 Financial Disclosure Report for Year 2004. Per your request, I am enclosing the original and three copies of this response. The following items are hereby amended:

     1.    In Part VII, page 1, line 2, Bank of Oklahoma - Money Market Account #1, the Value Code (Column C(1)) should be "N".

     2.    In Part VII, page 1, line 3, Bank of Oklahoma - Account #2, no income was received. Therefore, Column B(1) Amount column should be blank and "None" should appear in Column B(2), the Income Type column.

     3.    In Part VII, page 3, line 44, Merrill Lynch IRA #3, the Value Method Code (Column C(2)) is "T".

     4.    In Part VII, page 5, lines 78 and 79, BOK Acct. #3 and BOK Acct. #4, these items were submitted in error and should be deleted in their entirety. They were not actually purchased until early 2005.

     Thank you for your assistance in this matter. If anything further is needed, please do not hesitate to contact my office.

Sincerely yours,



Ronald A. White

RAW/tac
Enc.